# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 31, 2024

TO COUNSEL LISTED BELOW:

No. 23-30854    Ruffin v. BP Expl & Prod

Dear Counsel:

Due to a scheduling conflict this case will not be scheduled during the week of 10/07/2024, as previously advised.

It will be scheduled during the week of **12/02/2024**.  Please mark your calendar accordingly.

Very truly yours,

LYLE W. CAYCE, Clerk

By:_____
Charles B. Whitney
Calendar Clerk
504-310-7679

Mrs. Hannah Lampo Brewton
Ms. Martha Y. Curtis
Mr. George W. Hicks Jr.
Mr. Adam Jagadich
Mr. Russell Keith Jarrett
Mr. Rex Manning
Mr. Devin Chase Reid
Mr. Nicolas Sansone
Mr. Charles B. Wilmore